UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61310-LEIBOWITZ/AUGUSTIN-BIRCH

**SHEFIT OPERATING COMPANY, LLC**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On, September 18, 2024, Plaintiff filed a Second Amended Complaint against Defendants. [ECF No. 17]. Since the filing of the Second Amended Complaint, there has been no activity on the docket and no indication on the docket that any of the Defendants have been served with a copy of the summons and Complaint.

It is therefore **ORDERED AND ADJUDGED** that on or before **October 28, 2024**, Plaintiff shall provide a status report to the Court on the status of this case.

**DONE AND ORDERED** in the Southern District of Florida on October 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record